**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| OLAN GIRARD TURNER, JR., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-00063 (WLS-ALS) |
| | : | |
| Captain JEROME BURGESS, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER

Plaintiff Olan Girard Turner, Jr., an inmate at Thomas County Jail located in Thomasville, Georgia, filed a pro se petition for habeas relief pursuant to 28 U.S.C. § 2254. (Doc. 1). In his Petition, Petitioner seeks to challenge his August 20, 2025, conviction for burglary in Case Number 25-CR-329 in the Superior Court of Thomas County, Georgia. (Doc. 1 at 1). A review of the Court's records reveals that Petitioner has another § 2254 petition challenging that same conviction currently pending before this Court, *Turner v. Burgess*, 7:25-CV-118 (WLS-ALS) (M.D. Ga. Sept. 24, 2025) ("Turner I").

"[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551–52. Because the present action is duplicative of another also pending in this Court, it is **DISMISSED,** without prejudice.

**SO ORDERED**, this 4th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1